# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/19/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR NO. 04-00399DAE

CASE NAME:        USA vs. (01) MOSES KIAKONA, aka "Paele"

ATTYS FOR PLA:    Thomas Muehleck

ATTYS FOR DEFT:   (01) Pamela O'Leary Tower

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:   FTR-Courtroom 7

DATE:     1/19/2006                    TIME:       1:07-1:41

COURT ACTION:  EP: Arraignment and Plea of Guilty to the Superseding Indictment - Defendant present in custody.

Defendant sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate, signatures verified and filed. Memorandum of Plea Agreement, signatures verified and filed. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, limited rights to appeal, etc.

Plea of Guilty as to Count 1 of the Superseding Indictment entered by the Defendant. R&R signed, with 10 days to object. Pre-Sentence report ordered from USPO.

SENTENCING to Count 1 of the Superseding Indictment set for 3:00 p.m. 7/17/06 before Judge David Alan Ezra.

Defendant remanded to the custody of the U.S. Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager