```
                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAI'I

UNITED STATES OF AMERICA,    )    CR NO. 04-00399-01 DAE
                             )
              Plaintiff,     )    REPORT AND RECOMMENDATION
     vs.                     )    CONCERNING PLEA OF GUILTY
                             )
MOSES KIAKONA (01),          )
                             )
              Defendant.     )
_____)
```

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed.R.Crim.P., and has entered a plea of guilty to Count 1 of the Superseding Indictment. After examining the defendant under oath, I determined that the defendant is fully competent and capable of entering an informed plea, that the guilty plea was intelligently, knowingly and voluntarily made, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I further determined that the defendant intelligently, knowingly and voluntarily waived the right to appeal or collaterally attack the sentence except as provided in the plea agreement. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

IT IS SO RECOMMENDED.

DATED: Honolulu, Hawai'i, January 19, 2006.

GUILTY.R&R-PA



                    /s/ Leslie E. Kobayashi
                    _____
                    Leslie E. Kobayashi
                    United States Magistrate Judge

### NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**

U.S.A. vs. MOSES KIAKONA; CR NO. 04-00339-01 DAE; REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY