AO 83 (Rev. 12/85) Summons in a Criminal Case                    CR 04-00399 DAE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 0 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

## RETURN OF SERVICE

Service as made by me on:[1]                                 Date    1-19-06

### Check one box below to indicate appropriate method of service

☒  Served personally upon the defendant at: _USMS allbrock_

☐  Left summons at the defendant's dwelling house or usual place of abode with a person of
suitable age and discretion then residing therein and mailed a copy of the summons to the
defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the
foregoing information contained in the return of Service is true and correct.

Returned on ___1-19-06___
                Date

_____Mark M. Hanohano_____
Name of United States Marshal

_Annabelle Ramoe_
(by) Deputy United States Marshal

Remarks:

[1]As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

ORIGINAL

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

──────────────── District of Hawaii ────────────────

UNITED STATES OF AMERICA

V.

MOSES KIAKONA, aka "Paeke,"
(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR 04-00399 DAE-01

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | AS DESIGNATED |
| Before: Leslie E. Kobayashi,  United States Magistrate Judge | Date and Time<br>JANUARY 19, 2006 AT 2:30 PM |

To Answer a(n) Superceding Indictment

Charging you with a violation of Title 21 United States Code, Section(s) 841(a)(1).

Brief description of offense:
Count 1: Conspire to distribute and to possess methamphetamine, Schedule II controlled substance.

RECEIVED
2006 JAN 17 AM 8:40
U.S. MARSHALS SERVICE
HONOLULU, HI.

Sue Beitia
Name and Title of Issuing Officer

Signature of Issuing Officer/Deputy Clerk

JANUARY 13 , 2006
Date