```
            IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF HAWAI'I

UNITED STATES OF AMERICA,    )   CR NO. 04-00399-01 DAE
                             )
            Plaintiff,       )   ACCEPTANCE OF PLEA OF GUILTY,
    vs.                      )   ADJUDICATION OF GUILT AND NOTICE
                             )   OF SENTENCING
MOSES KIAKONA (01),          )
                             )
            Defendant.       )
_____)
```

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND
<u>NOTICE OF SENTENCING</u>

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty to Count 1 of the Superseding Indictment is now Accepted and the Defendant is Adjudged Guilty of such offense.  All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, February 2, 2006.



_____
David Alan Ezra
United States District Judge

GUILTY.ACP