EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00399-01 DAE |
| ) | |
| Plaintiff, ) | |
| ) | GOVERNMENT'S SENTENCING |
| vs. ) | STATEMENT |
| ) | |
| MOSES KIAKONA,     (01), ) | |
|   aka "Paele," ) | |
| ) | Date:  July 17, 2006 |
| Defendant. ) | Judge: Hon. David A. Ezra |
| _____ ) | |

GOVERNMENT'S SENTENCING STATEMENT

The government has no objections to the proposed pre-sentence report.

DATED:  May 30, 2006, at Honolulu, Hawaii.

                                EDWARD H. KUBO, JR.
                                United States Attorney
                                District of Hawaii


                                By /s/ Florence T. Nakakuni
                                   THOMAS MUEHLECK
                                   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Pamela O'Leary Tower   pamelatower@earthlink.net   May 30, 2006

  Attorney for Defendant
  Moses Kiakona

Served by hand-delivery:

Probation Officer                                         May 30, 2006
300 Ala Moana Blvd.,
Box 50111, Rm. C-126
Honolulu, HI  96850


                              /s/ Rowena N. Kang