PAMELA O'LEARY TOWER  #6152
1330 Pacific Tower
1001 Bishop Street
Honolulu, HI  96813
Telephone: (808) 526-9500
Facsimile: (808) 533-4588
Email: pamelatower@earthlink.net

Attorney for Defendant KIAKONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-00399 DAE |
| ) | |
| Plaintiff, ) | |
| vs. ) | CORRECTIONS TO DRAFT |
| ) | PRESENTENCE REPORT |
| MOSES KIAKONA, ) | PREPARED MAY 18, 2006; |
| ) | CERTIFICATE OF SERVICE |
| Defendant. ) | |
| _____ ) | |

CORRECTIONS TO DRAFT PRESENTENCE
REPORT PREPARED MAY 18, 2006

COMES NOW Defendant, MOSES KIAKONA, by and through his counsel, PAMELA O'LEARY TOWER, and hereby notes the following corrections to the draft pre-sentence investigation report (hereafter "Draft PSR") prepared May 18, 2006, by United States Probation Officer Rosanne T. Donohoe.

Corrections:

Page 1:   Counsel is retained.

Para. 13:   Defendant did meet with Marco on a number of occasions to obtain methamphetamine, but <u>not</u> on 7/20/04.

Para. 43:   Defendant did not plead guilty in Cr. No. 98-0369. On 8/23/99, Defendant went to a jury trial on that matter. On 8/27/99, defendant was found guilty of the included offense of attempted assault in the third degree and assault in the third degree. In Cr. No. 98-0370, defendant began jury trial on 7/13/99, but changed his plea on 7/14/99, to no contest to two counts of Terroristic Threatening in the Second Degree (Count 1 was reduced from TT 1.) Defendant was sentenced on both matters on 11/2/99.

Para. 44:   The indictment in Cr. No. 04-1-0241 alleged that defendant committed the offense of Terroristic Threatening in the First Degree in violation of H.R.S. §707-0716(1)(d) (1993 Supp.) with a dangerous instrument, to wit, his Toyota LandCruiser. Defendant was alleged to have used his vehicle in a road rage incident to intimidate two individuals in another vehicle while both vehicles were driving in the same direction. There was no bodily injury sustained by any person

involved in this incident.  The only damage was to defendant's vehicle when the driver of the other vehicle forced him off the road at a narrow bridge in up-country Maui where defendant had the right of way, which triggered the incident.  Further, defendant did not plead guilty – he was convicted by a jury on 8/12/04, after a three day trial that began on 8/9/04.  On 11/05/04, defendant was sentenced to a term of five years.

DATED: Honolulu, Hawaii, June 5, 2006.

_____
/s/PAMELA O'LEARY TOWER
Attorney for MOSES KIAKONA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following at their last known address:

Served Electronically through CM/ECF:

    FLORENCE NAKAKUNI                     Florence.Nakakuni@usdoj.gov
    Assistant United States Attorney
    PJKK Federal Building, Room 6100
    300 Ala Moana Boulevard
    Honolulu, Hawaii 96813
    Attorney for the United States

and by hand-delivery to:

    ROSANNE T. DONOHOE
    Supervising U.S. Probation Officer
    PJKK Federal Building,  Room C-110
    300 Ala Moana Blvd.
    Honolulu, Hawaii 96850

    DATED:    Honolulu, Hawaii, June 5, 2006.

                                  _____
                                  /s/ PAMELA O'LEARY TOWER
                                  Attorney for MOSES KIAKONA