ORIGINAL

PAMELA O'LEARY TOWER  #6152
1330 Pacific Tower
1001 Bishop Street
Honolulu, HI  96813
Telephone: (808) 526-9500
Facsimile: (808) 533-4588
Email: pamelatower@earthlink.net

Attorney for Defendant KIAKONA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 4 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00399 DAE |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | DEFENDANT MOSES KIAKONA'S |
| | ) | CERTIFICATES OF COMPLETION |
| MOSES KIAKONA, | ) | FOR BIBLE STUDIES AND OTHER |
| | ) | COURSES AT FDC HONOLULU; |
| Defendant. | ) | CERTIFICATE OF SERVICE |
| ———————————————— | ) | |

DEFENDANT MOSES KIAKONA'S CERTIFICATES OF COMPLETION
FOR BIBLE STUDIES AND OTHER COURSES AT FDC HONOLULU

COMES NOW Defendant, MOSES KIAKONA, by and through his counsel,

PAMELA O'LEARY TOWER, and hereby submits numerous certificates of

completion for bible studies and other courses to be offered to the court in support

of his sentencing.

DATED: Honolulu, Hawaii, July 14, 2006.

PAMELA O'LEARY TOWER
Attorney for MOSES KIAKONA



Certificate of Achievement

presented to

Moses Kiakona

For Successful Completion of the
A.C.E. Fitness Class
on June 2, 2005

for Unit E A at FDC Honolulu

S. Lake, Sports Specialist  6/2/05



**Prisoners for Christ**

recognizes

*Moses Kiakona*

*as having successfully completed*

**UNIT A**

*of this*

Two-Year Bible Study Correspondence Course

Conferred This ___10___ Day of ___Aug.___ 1900

*Greg Von Tobel*
Executive Director

*Brent Hausen*
Bible Study Coordinator



*Set Free Prison Ministries*
Rehabilitation by Regeneration

NAVPRESS

*This certifies that*
**MOSES KIAKONA**
*has successfully completed*
**THE GOOD NEWS**
*by correspondence*

08/03/2005

Correspondence School Director



*Set Free Prison Ministries*
Rehabilitation by Regeneration

NAVPRESS

*This certifies that*
**MOSES KIAKONA**
*has successfully completed*
**WHAT THE BIBLE TEACHES**
*by correspondence*
08/03/2005

Correspondence School Director



*Set Free Prison Ministries*

Rehabilitation by Regeneration

This certifies that

**MOSES KIAKONA**
*has successfully completed*
**MEN WHO MET THE MASTER**
*by correspondence*

06/28/2005

Correspondence School Director



*Set Free Prison Ministries*

Rehabilitation by Regeneration

This certifies that
**MOSES KIAKONA**
*has successfully completed*
**BORN TO WIN**
*by correspondence*
04/28/2005

Correspondence School Director



Set Free Prison Ministries
Rehabilitation by Regeneration

This certifies that
MOSES KIAKONA
has successfully completed
KNOWING JESUS CHRIST
by correspondence
06/28/2005

Correspondence School Director



CERTIFICATE OF
RECOGNITION

In honor of your outstanding performance
We hereby present

Moses Kiakona

with this certificate of Achievement

Workplace Essential Skills: Communication & Writing
Adult Continuing Education Program
On this 22nd day of August 2005

Patricia Ocasio
Supervisor of Education/Recreation

Sheryl-Lynn Corvello
Adult Continuing Education Coordinator



CERTIFICATE OF
RECOGNITION

In honor of your outstanding performance
We hereby present

**Moses Kiakona**

with this certificate of Achievement

**Active Parenting of Teens**

Adult Continuing Education Program

On this 21st day of November 2005

Patricia Ocasio
Supervisor of Education/Recreation

Sheryl-Lynn Camillo
Adult Continuing Education Coordinator



# Bible Correspondence Course Certificate

STUDY TO
SHOW THYSELF
APPROVED
UNTO GOD
II Tim. 2:15

MOSES KIAKONA , having satisfactorily completed
the Basic Bible Truths course, is awarded this certificate by the
Source of Light Schools in recognition of this achievement on this
6th day of SEPTEMBER in the year of our Lord 2005.

General Director
Source of Light
Ministries International

International School Director
Source of Light Schools
Representative

**Source of Light Schools**

The things that thou hast heard of me among many witnesses, the same commit
thou to faithful men, who shall be able to teach others also.　II Timothy 2:2



Certificate of Completion

This is to certify that Moses Kinkona

has satisfactorily completed the Special Correspondence Course

For God So Loved You

offered by

World Wide Bible Study, Denver, Colorado

On this the 2nd day of June 20 05

DIRECTOR

# Bible Correspondence Course

## *Certificate*

_The New Life in Christ course 1_, MOSES KIAKONA , having satisfactorily completed is granted this Certificate by Source of Light Ministries International in recognition of this achievement on the 10th    day of    MAY    in the year of our Lord    2005    .

## SLM Discipleship Ministries

*Thomas S. Miller*
General Director
SLM International

*Raymond R. Walker*
International Literature Coordinator
SLM International

*Isabelle Stockton*
Representative

"The things that thou hast heard of me among many witnesses, the same commit thou to faithful men, who shall be able to teach others also."    2 Timothy 2:2


The
NEW LIFE
in
Christ

NL 1 (R 504)

# HOPE FOR YOU

## THIS CERTIFIES THAT

MOSES KIAKONA

## HAS SUCCESSFULLY COMPLETED

BEGINNER SERIES
Bible Correspondence Course

HOPE FOR OURSELVES
AND THE WORLD IS IN THE
WORD OF GOD ----
"AN ANCHOR FOR OUR SOUL".
HEB. 6:19

June 6, 2005

DATE

DIRECTOR



BIBLE CORRESPONDENCE COURSE

Certificate of Completion

This is to certify that

*Moses Kiakona*

has completed the course

*Jesus the Way*

Word is Truth · Thy
John 17:17

Jeffrey R Russell
Director

5/4/05
Date

# Bible Correspondence Course

## *Certificate*

MOSES KIAKONA , having satisfactorily completed

***Practical Christian Living***, is granted this Certificate by the Source of

Light Schools in recognition of this achievement on this    12th    day of

July    in the year of our Lord    2005    .

### *Source of Light Schools*



*Norma B. Walker*
General Director
Source of Light Ministries

*Raymond R. Walker*
International School Director
Source of Light Ministries

*Joyce Jones*
Representative

"The things that thou hast heard of me among many witnesses, the same commit thou to
faithful men, who shall be able to teach others also."    2 Timothy 2:2



Study to show
thyself approved
unto God
2 Timothy 2:15

PCL (R 12/02)

# Bible Correspondence Course

## *Certificate*

MOSES KIAKONA , having satisfactorily completed

***God's Great Salvation***, is granted this Certificate by the Source of Light

Schools in recognition of this achievement on this          2nd          day of

AUGUST          in the year of our Lord   2005    .

## *Source of Light Schools*



*Anna S. Wiler*
General Director
Source of Light Ministries



*Raymond R. Walker*
International School Director
Source of Light Ministries



*Spencer Wilkey*
Representative

"The things that thou hast heard of me among many witnesses, the same commit thou to
faithful men, who shall be able to teach others also."          2 Timothy 2:2

GGS (R.11/03)

# Bible Correspondence Course

## *Certificate*

MOSES KIAKONA , having satisfactorily completed

***The New Life in Christ Course 3***, is granted this Certificate by the Source

of Light Schools in recognition of this achievement on this        14th        day of

JUNE                in the year of our Lord    2005 .

### *Source of Light Schools*









*Anna B. Weber*
General Director
Source of Light Ministries

*Raymond R. Walker*
International School Director
Source of Light Ministries

*Jayce Jones*
Representative

"The things that thou hast heard of me among many witnesses, the same commit thou to
faithful men, who shall be able to teach others also."
2 Timothy 2:2

NL 3 (R 2/03)



Bible Correspondence Course

## CERTIFICATE

MOSES KIAKONA , having satisfactorily completed
**A Country Called Heaven**, is granted this Certificate by the Source of
Light Schools in recognition of this achievement on this 26TH day of
APRIL in the year of our Lord 2005

General Director
Source of Light Ministries

International School Director
Source of Light Ministries

Representative

### Source of Light Schools

*The things that thou hast heard of me among many witnesses, the same commit
thou to faithful men, who shall be able to teach others also.    2 Timothy 2:2*

TMC 1 (R 10/99)

# Bible Correspondence Course

# CERTIFICATE

MOSES KIAKONA

, having satisfactorily completed
THE NEW LIFE IN CHRIST 2, is granted this Certificate by the
Source of Light Schools in recognition of this achievement on this
31ST day of MAY in the year of our Lord 2005



*Glenn E. Doyle*
General Director
Source of Light Ministries

*Raymond H. Walker*
International School Director
Source of Light Ministries


*Jim Herman*
Representative

## SOURCE OF LIGHT SCHOOLS

*The things that thou hast heard of me among many witnesses, the same commit thou*
*to faithful men, who shall be able to teach others also.* — II TIMOTHY 2:2


The New Life In Christ

NL 2 (R 7/02)



# The Salvation Army

## Certificate of Merit

*Moses Kiakona*

*has completed the*

*"History of a Nation"*

*course of instruction provided by the Western United States Territory.*

*Date* **August 24, 2005**

_____
EXTENSION STUDIES BUREAU

Study and be eager to present yourself to God approved, a workman who has no cause to be ashamed, rightly handling and skillfully teaching the Word of Truth.

II Timothy ii, 15

# The Salvation Army



## Certificate of Merit

*Moses  Kiakona*

*has completed the*

*"Life Of Christ"*

*course  of  instruction  provided  by  the  Western United States Territory.*

*Date*     *April 07, 2005*

_____
EXTENSION STUDIES BUREAU

Study and be eager to present yourself to God approved, a workman who has no cause to be
ashamed, rightly handling and skillfully teaching the Word of Truth.

II Timothy ii, 15



# The Salvation Army

## Certificate of Merit

*Moses Kiakona*

*has completed the*

*"Early Church"*

*course of instruction provided by the Western United States Territory.*

Date   **May 20, 2005**

_____
EXTENSION STUDIES BUREAU

Study and be eager to present yourself to God approved, a workman who has no cause to be ashamed, rightly handling and skillfully teaching the Word of Truth.

II Timothy ii, 15



# The Salvation Army

## Certificate of Merit

*Moses Kiakona*

*has completed the*

*"Early Beginnings"*

*course of instruction provided by the Western United States Territory.*

*Date*  **July 08, 2005**

EXTENSION STUDIES BUREAU

Study and be eager to present yourself to God approved, a workman who has no cause to be ashamed, rightly handling and skillfully teaching the Word of Truth.

II Timothy ii, 15



## The Salvation Army

### Certificate of Merit

*Moses Kiakona*

*has completed the*

*"Survey"*

*course of instruction provided by the Western United States Territory.*

*Date*     October 14, 2005

—————————————————————
EXTENSION STUDIES BUREAU

Study and be eager to present yourself to God approved, a workman who has no cause to be ashamed, rightly handling and skillfully teaching the Word of Truth.

II Timothy ii, 15



*The Voice of Prophecy*

WORLDWIDE BIBLE BROADCASTERS

*Diploma*

*This Certifies that*

MOSES KIAKONA

*has completed in a satisfactory manner the 26 lesson*

*Discover Bible Course.*

*Issued at Los Angeles, California, on:*

October 18, 2005

BIBLE SCHOOL DIRECTOR

DIRECTOR-SPEAKER



Certificate of Achievement

presented to

Moses Kiakona

For Successful Completion of the
A.C.E. Fitness Class
on November 14, 2005
for Unit E Act at FDC Honolulu

F. Lopez, Sports Specialist    11/15/05

# Certificate

This certifies that

*Moses K Kiakona*

has satisfactorily completed the Lamp and Light Bible course

## THE FIRST STEP

having earned a grade of

86%

*"Continue thou in the things which thou hast learned and hast been assured of." (2 Timothy 3:14)*

Director

Teacher

July 28, 2005

Lamp and Light Publishers, Inc., 26 Road 5577, Farmington, NM 87401 USA



<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and exact copy of *Defendant Moses Kiakona's Certificates of Completion For Bible Studies and Other Courses at FDC Honolulu* was duly served on the following parties by U.S. Mail, Facsimile or hand-delivery on July 14, 2006.

|  | **U.S. Mail** | **Fax** | **Hand-Delivery** |
|---|---|---|---|
| FLORENCE NAKAKUNI<br>Assistant United States Attorney<br>PJKK Federal Building, Room 6100<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br>Attorney for the United States |  |  | X |
| ROSANNE T. DONOHOE<br>Supervising U.S. Probation Officer<br>PJKK Federal Building, Room C-110<br>300 Ala Moana Blvd.<br>Honolulu, Hawaii 96850 |  |  | X |

DATED:    Honolulu, Hawaii, July 14, 2006.

PAMELA O'LEARY TOWER
Attorney for MOSES KIAKONA

3